IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TAKTL, LCC** a limited liability company, )
)
     Plaintiff, )
)
   v. )  2:18cv1546
)  **Electronic Filing**
**IWR, NORTH AMERICA, LLC** )
a limited liability company formerly known )
as IWR BUILDING SYSTEMS, LLC and )
**ALLIANCE GLAZING** )
**TECHNOLOGIES, INC.** )
)
     Defendants. )

## ORDER OF COURT

AND NOW, this 29th day of September, 2020, upon due consideration of plaintiff's

motion to dismiss defendants' counterclaims and [85] the Report and Recommendation of the

Magistrate Judge addressing the same, and after *de novo* review of the record, IT IS ORDERED

that [71] plaintiff's motion to dismiss be, and the same hereby is, denied.  The Report and

Recommendation of August 20, 2020, is adopted as the opinion of the court.

        s/David Stewart Cercone
        David Stewart Cercone
        Senior United States District Judge

cc: The Honorable Cynthia Reed Eddy,
   United States Magistrate Judge

  Brian P. Maloney, Esquire
  Chad Allen Wissinger, Esquire
  Julie A. Mueller, Esquire
  Jayme L. Butcher, Esquire
  Wellford H. Winstead, Esquire
  Brandon A. Levey, Esquire
  David Jacobson, Esquire
  Monique T. Abrishami, Esquire
  Shawna J. English, Esquire

*(Via CM/ECF Electronic Mail)*